**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **RUSSELL WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:12-CV-01079** |
| | ) | |
| **U.S. FARATHANE CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### STIPULATION OF VOLUNTARY DISMISSAL

---

Come now the parties, Plaintiff Russell Wright and Defendant U.S. Farathane Corporation, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure stipulate that they have fully and finally compromised and settled all disputes between them and hereby stipulate that this action be dismissed with prejudice.

Respectfully submitted this 25th day of October, 2012.

Respectfully submitted,

GILBERT RUSSELL MCWHERTER PLC

By:       s/Jonathan L. Bobbitt (w/ permission)
Justin S. Gilbert (BPR No. 017079)
Jonathan L. Bobbitt (BPR No. 023515)
Jessica F. Salonus (BPR No. 28158)
101 North Highland Ave.
Jackson, TN 38301
731-664-1340
jgilbert@gilbertfirm.com
mrussell@gilbertfirm.com
jbobbitt@gilbertfirm.com
*Attorneys for Plaintiff*

10610-73142-JDB

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____s/ John D. Burleson_____
JOHN D. BURLESON (BPR #010400)
V. LATOSHA DEXTER (BPR #020851)
MATTHEW R. COURTNER (BPR #029113)
*Attorneys for Defendant*
209 East Main Street
P.O. Box 1147
Jackson, TN   38302-1147
(731) 423-2414
jburleson@raineykizer.com
ldexter@raineykizer.com
mcourtner@raineykizer.com
*Attorneys for Defendant*