# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**RUSSELL WRIGHT,**

Plaintiff,

                                              CASE NUMBER: 1:12-cv-1079-JDB-egb

v.

**U. S. FARATHANE CORPORATION,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 10/25/2012, this case is hereby dismissed with prejudice.

**APPROVED:**

                                                        s/J. Daniel Breen
                                                  **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**